| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **DISTRICT COURT** |
| | § | |
| **VS.** | § | **5TH JUDICIAL DISTRICT** |
| | § | |
| **MICHAEL PAUL HENDRIX** | § | **CASS COUNTY, TEXAS** |

FILED FOR RECORD
CASS COUNTY, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/24/2015 2:22:38 PM
DEBBIE AUTREY
Clerk
BY_____DEPUTY

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes MICHAEL PAUL HENDRIX, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals, Sixth Appellate District, Texarkana, Texas from the judgment of conviction and sentence herein rendered against MICHAEL PAUL HENDRIX.

Respectfully submitted,

LAW OFFICE OF EDWIN E. BUCKNER, JR.
P. O. Box 629
Linden, Texas 75563
(903) 756-8853

Attorney for MICHAEL PAUL HENDRIX

_____
Edwin E. Buckner, Jr.
State Bar No. 03308700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was served upon Mr. James P. Finstrom, P. O. Box 276, Jefferson, Texas 75657 by United States mail, postage prepaid, on this the _10_ day of August, 2015.

_____
Edwin E. Buckner, Jr.

FILED FOR RECORD
CASS COUNTY, TEXAS

2015 AUG 17 A 9: 54

JAMIE ALBERTSON
DISTRICT CLERK

_____ DEPUTY

| STATE OF TEXAS | § | DISTRICT COURT |
| | § | |
| VS. | § | 5TH JUDICIAL DISTRICT |
| | § | |
| MICHAEL PAUL HENDRIX | § | CASS COUNTY, TEXAS |

## DEFENDANT'S MOTION FOR NEW TRIAL AND MOTION IN ARREST OF JUDGMENT

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW MICHAEL PAUL HENDRIX, Defendant in the above styled and numbered causes, and files this Motion for New Trial and Motion in Arrest of Judgment pursuant to Rules 21 and 22, Texas Rules of Appellate Procedure, and in support thereof would show this court the following:

1. Defendant was sentenced on July 22, 2015. This Motion, filed within the thirty-day timetable, is therefore timely. A hearing must be commenced before the 75th day after the sentence, or this motion is overruled by operation of law.

2. The verdict in this cause is contrary to the law and the evidence. *See* Tex. R. App. P. 21.3.

3. The trial court has the discretion to grant a new trial in the interests of justice, as the Court of Criminal Appeals has emphasized:

For more than one hundred and twenty years, our trial judges have had the discretion to grant new trials in the interest of justice. In Mullins v. State, 37 Tex. 337, 339-340 (1872-73), the Supreme Court, which at that time had criminal jurisdiction, held:

... The discretion of the District Court, in granting new trials, is almost the only protection to the citizen against the illegal or oppressive verdicts of prejudiced, careless, or ignorant juries, and we think the District Court should never hesitate

to use that discretion whenever the ends of justice have not been attained by those verdicts.

State v. Gonzalez, 855 S.W.2d 692 (Tex. Crim. App. 1993).

4. For the foregoing reasons, and for such other reasons that may arise on the hearing of this Motion, Defendant requests a new trial.

5. Defendant alleges that the trial court erred in his allowing Michael Hendrix, Jr. to testify outside the presence of the jury and Defendant.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court set aside the judgment of conviction entered in this cause and order a new trial on the merits.

Respectfully submitted,

LAW OFFICE OF EDWIN E. BUCKNER, JR.
P. O. Box 629
Linden, Texas 75563
903 756 8853

Attorney for MICHAEL PAUL HENDRIX

_____
Edwin E. Buckner, Jr.
State Bar No. 03308700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was served upon Mr. James P. Finstrom, P. O. Box 276, Jefferson, Texas 75657 by United States mail, postage prepaid on this the _10_ day of August, 2015.

_____
Edwin E. Buckner, Jr.